### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 14-cv-02421-REB-CBS

GRANT BLOOMQUIST,

    Plaintiff,

v.

VAIL RESORTS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#13][1] filed December 10, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with the parties to pay their own attorney fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#25] filed December 10, 2014, is **APPROVED**;

2. That all extant pretrial deadlines are **VACATED**;

3. That all pending motions, including but not limited to **Defendant's Motion To Dismiss Pursuant to CRCP 12(b)(5)** [#1-10], filed August 29, 2014, are **DENIED AS**

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and  electronic case filing system (CM/ECF).  I use this convention throughout this order.

**MOOT**; and

      4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated December 11, 2014, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn* (signature)

Robert E. Blackburn
United States District Judge